**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
www.ca1.uscourts.gov

**DOCKETING STATEMENT INSTRUCTIONS**

1.  Counsel for appellant must file a docketing statement for every case appealed or cross appealed to the First Circuit Court of Appeals.  The docketing statement must be received by the court of appeals clerk's office within fourteen days after the case is docketed to be deemed timely filed.  Copies must be served on all parties to the action below and proof of service must be attached.

2.  The attorney filing the notice of appeal is responsible for filing the docketing statement, even if different counsel will handle the appeal.  In the case of multiple appellants represented by separate counsel, the parties must confer and decide who will file the docketing statement. Appellants proceeding pro se may file a docketing statement, but are not required to do so.

3.  Counsel's failure to file the docketing statement within the time set forth will cause the court to initiate the process for dismissal of the appeal under 1st Cir. R. 3.0.

4.  If an opposing party concludes that the docketing statement is in any way inaccurate, incomplete or misleading, that party should file any additions or corrections to the docketing statement within fourteen days of service of the docketing statement, with copies to all other parties.

5.  You must attach to the docketing statement:

    •   Additional pages containing extended answers to questions on this form.

    •   A certificate of service for this docketing statement indicating it has been served on all parties to the action below, if required by Fed. R. App. P. 25(d)(B).

# United States Court of Appeals
## For the First Circuit

---

### DOCKETING STATEMENT

**No.** 26-1174          **Short Title:** New York, et al. v. Trump, et al.

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from 12/18/2025
  2. Date this notice of appeal filed 2/17/2026
     If cross appeal, date first notice of appeal filed NA
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) NA
  4. Date of entry of order deciding above post-judgment motion NA
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) NA
     Time extended to NA

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits? ☑ Yes   ☐ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes   ☐ No
        If yes, explain
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☐ Yes   ☐ No
        If yes, explain

C. Has this case previously been appealed? ☐ Yes   ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☐ Yes   ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?  ☑ Yes  ☐ No
    If yes, is a transcript necessary for this appeal?  ☑ Yes  ☐ No
    If yes, is transcript already on file with district court?  ☑ Yes  ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1.  Adverse party _See attached sheets_____
        Attorney_____
        Address_____
        Telephone_____

    2.  Adverse party_____
        Attorney_____
        Address_____
        Telephone_____

    3.  Adverse party_____
        Attorney_____
        Address_____
        Telephone_____

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1.  Appellant's name _See attached sheets._____
        Address_____
        Telephone_____

        Attorney's name_____
        Firm_____
        Address_____
        Telephone_____

    2.  Appellant's name_____
        Address_____
        Telephone_____

        Attorney's name_____
        Firm_____
        Address_____
        Telephone_____

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  s/ Christopher Anderson

Date  3/9/2026

F. List each adverse party to the appeal.

| | | |
|---|---|---|
| 1. | Adverse party: | Alliance for Clean Energy New York |
| | Attorney: | Brook Detterman |
| | | Beveridge & Diamond, P.C. |
| | Address: | 155 Federal Street |
| | | Suite 1600 |
| | | Boston, MA 02110 |
| | Telephone: | (617) 419-2345 |

| | | |
|---|---|---|
| 2. | Adverse party: | Commonwealth of Massachusetts |
| | Attorney: | Jon Whitney |
| | | Massachusetts Attorney General's Office |
| | Address: | McCormack Building |
| | | One Ashburton Place |
| | | Boston, MA 02108 |
| | Telephone: | (701) 740-3356 |

| | | |
|---|---|---|
| 3. | Adverse party: | State of New York |
| | Attorney: | Michael Myers |
| | | NYS Office of The Attorney General |
| | Address: | Environmental Protection Bureau |
| | | The Capitol |
| | | Albany, NY 12224 |
| | Telephone: | (518) 776-2382 |

| | | |
|---|---|---|
| 4. | Adverse party: | State of Arizona |
| | Attorney: | Mary Curtin |
| | | Arizona Attorney General's Office |
| | Address: | 2005 N Central Avenue |
| | | Phoenix, AZ 85004 |
| | Telephone: | (602) 542-8304 |

| | | |
|---|---|---|
| 5. | Adverse party: | State of California |
| | Attorney: | Jamie Jefferson |
| | | Office of The Attorney General |
| | Address: | Department of Justice |
| | | 1515 Clay Street, 20th Floor |
| | | Oakland, CA 94612 |
| | Telephone: | (510) 879-0172 |

| | | |
|---|---|---|
| 6. | Adverse party: | State of Colorado |
| | Attorney: | Carrie Noteboom |
| | | CO Attorney General |
| | Address: | 1300 Broadway |
| | | Denver, CO 80203 |
| | Telephone: | (720) 508-6285 |

| | | |
|---|---|---|
| 7. | Adverse party: | State of Connecticut |
| | Attorney: | Jill Lacedonia |
| | | Office of the Attorney General, State of Connecticut |
| | Address: | 165 Capitol Avenue |
| | | Hartford, CT 06106 |
| | Telephone: | (860) 808-5250 |

| | | |
|---|---|---|
| 8. | Adverse Party | District of Columbia |
| | Attorney: | Jon Whitney |
| | | Massachusetts Attorney General's Office |
| | Address: | McCormack Building |
| | | One Ashburton Place |
| | | Boston, MA 02108 |
| | Telephone: | (701) 740-3356 |

| | | |
|---|---|---|
| 9. | Adverse party: | State of Delaware |
| | Attorney: | Ian Liston |
| | | Delaware Department of Justice |
| | | Fraud and Consumer Protection Division, White Collar Crime U |
| | Address: | 820 North French Street |
| | | Wilmington, DE 19801 |
| | Telephone: | (302) 683-8875 |

| | | |
|---|---|---|
| 10. | Adverse party: | State of Illinois |
| | Attorney: | Jason Elliott James |
| | | Illinois Office of the Attorney General Environmental Bureau |
| | Address: | 201 W. Pointe Drive |
| | | Suite 7 |
| | | Belleville, IL 62226 |

| | | |
|---|---|---|
| | Telephone: | (217) 843-0322 |

| 11. | Adverse party: | State of Maine |
|---|---|---|
| | Attorney: | Caleb Edward Elwell |
| | | Office of the Maine Attorney General |
| | Address: | 6 State House Station |
| | | Augusta, ME 04333 |
| | Telephone: | (207) 626-8545 |

| 12. | Adverse party: | State of Maryland |
|---|---|---|
| | Attorney: | Steven J. Goldstein |
| | | Office of the Attorney General- State of Maryland |
| | Address: | 200 Saint Paul Place |
| | | Baltimore, MD 21202 |
| | Telephone: | (410) 576-6414 |

| 13. | Adverse party: | State of Michigan |
|---|---|---|
| | Attorney: | Amanda Churchill |
| | | State of Michigan |
| | | Attorney General |
| | Address: | 525 W Ottawa Street |
| | | Lansing, MI 48933 |
| | Telephone: | (517) 375-7627 |

| 14. | Adverse party: | State of Minnesota |
|---|---|---|
| | Attorney: | Catherine Rios-Keating |
| | | Minnesota Attorney General's Office |
| | Address: | 445 Minnesota Street, Suite 600 |
| | | Saint Paul, MN 55101 |
| | Telephone: | (651) 300-7302 |

| 15. | Adverse party: | State of New Jersey |
|---|---|---|
| | Attorney: | Terel Klein |
| | | Office of the Attorney General, Division of Law |
| | Address: | 25 Market St. |
| | | P.O. Box 112 |
| | | Ste 7th Floor |
| | | Trenton, NJ 08625 |

|  | Telephone: | (609) 815-2645 |
|---|---|---|
| 16. | Adverse party:<br>Attorney:<br><br>Address:<br><br>Telephone: | State of New Mexico<br>William Grantham<br>NM Department of Justice<br>408 Galisteo<br>Santa Fe, NM 87501<br>(505) 717-3520 |
| 17. | Adverse party:<br>Attorney:<br><br><br>Address:<br><br>Telephone: | State of Oregon<br>Paul Garrahan<br>Oregon Department of Justice<br>Natural Resources Section<br>1162 Court St. NE<br>Salem, OR 97301-4096<br>(503) 947-4540 |
| 18. | Adverse party:<br>Attorney:<br><br>Address:<br><br>Telephone: | State of Rhode Island<br>Nicholas M. Vaz<br>RI Department of Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400 |
| 19. | Adverse party:<br>Attorney:<br><br><br>Address:<br><br><br>Telephone: | State of Washington<br>Yuriy Korol<br>Washington State Attorney General's Office<br>Environmental Protection Division<br>800 5th Ave<br>Ste 2000<br>Seattle, WA 98104-3188<br>(206) 498-3167 |

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel.

| 1. | Appellant's name:<br>Address: | Donald J. Trump, in his official capacity<br>The White House<br>1600 Pennsylvania Ave., N.W.<br>Washington, DC 20500 |
|---|---|---|

|  | Telephone: | (202) 456-1414 |
|---|---|---|
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 |
|  |  | Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |

| 2. | Appellant's name: | United States of America |
|---|---|---|
|  | Address: | PO Box 7415 |
|  |  | Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 |
|  |  | Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |

| 3. | Appellant's name: | Douglas Burgum, in the official capacity as Secretary of the Interior |
|---|---|---|
|  | Address: | 1849 C Street, N.W. |
|  |  | Washington DC 20240 |
|  | Telephone: | (202) 208-3100 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 |
|  |  | Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |

| 4. | Appellant's name: | Walter Cruickshank in his official capacity as Acting Director of Bureau of Ocean Energy Management |
|---|---|---|
|  | Address: | 1849 C Street, N.W. |
|  |  | Washington DC 20240 |
|  | Telephone: | (202) 208-6474 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 |
|  |  | Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |

5.  Appellant's name:   Matthew Giacona, in the official capacity as
                        Acting Director of the Bureau of Ocean Energy
                        Management
    Address:            1849 C Street, N.W.
                        Washington DC 20240
    Telephone:          (202) 208-6474
    Attorney's Name:    Christopher Anderson
    Firm:               Dep't of Justice, Env't & Natural Resources Div.
    Address:            PO Box 7415
                        Washington, DC 20044
    Telephone:          (202) 598-1971

6.  Appellant's name:   Bureau of Land Management
    Address:            1849 C Street, N.W.
                        Washington DC 20240
    Telephone:          (202) 208-3801
    Attorney's Name:    Christopher Anderson
    Firm:               Dep't of Justice, Env't & Natural Resources Div.
    Address:            PO Box 7415
                        Washington, DC 20044
    Telephone:          (202) 598-1971

7.  Appellant's name:   Bill Groffy,  in the official capacity as Acting
                        Director of the Bureau of Land Management
    Address:            1849 C Street, N.W.
                        Washington DC 20240
    Telephone:          (202) 208-3801
    Attorney's Name:    Christopher Anderson
    Firm:               Dep't of Justice, Env't & Natural Resources Div.
    Address:            PO Box 7415
                        Washington, DC 20044
    Telephone:          (202) 598-1971

8.  Appellant's name:   U.S. Fish and Wildlife Service
    Address:            1849 C St., N.W.
                        Washington, DC 20240
    Telephone:          (202) 857-0166
    Attorney's Name:    Christopher Anderson
    Firm:               Dep't of Justice, Env't & Natural Resources Div.
    Address:            PO Box 7415

|  | Telephone: | Washington, DC 20044<br>(202) 598-1971 |
|---|---|---|
| 9. | Appellant's name: | Brian Nesvik,  in his official capacity as Director of the U.S. Fish and Wildlife Service |
|  | Address: | 1849 C St., N.W.<br>Washington, DC 20240 |
|  | Telephone: | (202) 208-3100 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415<br>Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |
| 10. | Appellant's name: | Department of Commerce |
|  | Address: | 1401 Constitution Ave., N.W.<br>Washington, DC 20230 |
|  | Telephone: | (202) 482-2000 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415<br>Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |
| 11. | Appellant's name: | Howard Lutnick, in the official capacity as Secretary of Commerce |
|  | Address: | 1401 Constitution Ave., N.W.<br>Washington, DC 20230 |
|  | Telephone: | (202) 482-2000 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415<br>Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |
| 12. | Appellant's name: | National Oceanic and Atmospheric Administration |
|  | Address: | 1401 Constitution Ave., N.W.<br>Room 5128, Washington, DC 20230 |
|  | Telephone: | (202) 482-3436 |

|  | Attorney's Name: | Christopher Anderson |
|---|---|---|
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 |
|  |  | Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |

| 13. | Appellant's name: | Neil Jacobs, in the official capacity as Administrator of the National Oceanic and Atmospheric Administration |
|---|---|---|
|  | Address: | 1401 Constitution Ave., N.W. Room 5128, Washington, DC 20230 |
|  | Telephone: | (202) 482-3436 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |

| 14. | Appellant's name: | National Marine Fisheries Service |
|---|---|---|
|  | Address: | 1315 East-West Highway 14th Floor Silver Spring, MD 20910 |
|  | Telephone: | (301) 427-8000 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |

| 15. | Appellant's name: | Eugenio Piñeiro Soler,  in the official capacity as Director of the National Marine Fisheries Service |
|---|---|---|
|  | Address: | 1315 East-West Highway 14th Floor Silver Spring, MD 20910 |
|  | Telephone: | (301) 427-8000 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |

16.  Appellant's name:    U.S. Army Corps of Engineers
     Address:             1400 Defense Pentagon
                          Washington, DC 20301-1400
     Telephone:           (703) 697-5131
     Attorney's Name:     Christopher Anderson
     Firm:                Dep't of Justice, Env't & Natural Resources Div.
     Address:             PO Box 7415
                          Washington, DC 20044
     Telephone:           (202) 598-1971

17.  Appellant's name:    William H. "Butch" Graham, Jr., in the official
                          capacity as Chief of Engineers for the United
                          States Army Corps of Engineers
     Address:             1400 Defense Pentagon
                          Washington, DC 20301-1400
     Telephone:           (703) 697-5131
     Attorney's Name:     Christopher Anderson
     Firm:                Dep't of Justice, Env't & Natural Resources Div.
     Address:             PO Box 7415
                          Washington, DC 20044
     Telephone:           (202) 598-1971

18.  Appellant's name:    U.S. Environmental Protection Agency
     Address:             1200 Pennsylvania Ave., N.W.
                          Washington, DC 20460
     Telephone:           (202) (202) 564-4700
     Attorney's Name:     Christopher Anderson
     Firm:                Dep't of Justice, Env't & Natural Resources Div.
     Address:             PO Box 7415
                          Washington, DC 20044
     Telephone:           (202) 598-1971

19.  Appellant's name:    Lee Zeldin, in the official capacity as
                          Administrator of the U.S. Environmental
                          Protection Agency
     Address:             1200 Pennsylvania Ave., N.W.
                          Washington, DC 20460
     Telephone:           (202) 564-4700
     Attorney's Name:     Christopher Anderson
     Firm:                Dep't of Justice, Env't & Natural Resources Div.

|     |                   |                                                   |
|-----|-------------------|---------------------------------------------------|
|     | Address:          | PO Box 7415                                        |
|     |                   | Washington, DC 20044                              |
|     | Telephone:        | (202) 598-1971                                    |

| 20. | Appellant's name: | U.S. Department of Agriculture                    |
|-----|-------------------|---------------------------------------------------|
|     | Address:          | 1400 Independence Ave., S.W.                      |
|     |                   | Washington, DC 20250                              |
|     | Telephone:        | (202) 720-2791                                    |
|     | Attorney's Name:  | Christopher Anderson                              |
|     | Firm:             | Dep't of Justice, Env't & Natural Resources Div.  |
|     | Address:          | PO Box 7415                                        |
|     |                   | Washington, DC 20044                              |
|     | Telephone:        | (202) 598-1971                                    |

| 21. | Appellant's name: | Brooke Rollins, in the official capacity as       |
|-----|-------------------|---------------------------------------------------|
|     |                   | Secretary of Agriculture                          |
|     | Address:          | 1400 Independence Ave., S.W.                      |
|     |                   | Washington, DC 20250                              |
|     | Telephone:        | (202) 720-2791                                    |
|     | Attorney's Name:  | Christopher Anderson                              |
|     | Firm:             | Dep't of Justice, Env't & Natural Resources Div.  |
|     | Address:          | PO Box 7415                                        |
|     |                   | Washington, DC 20044                              |
|     | Telephone:        | (202) 598-1971                                    |

| 22. | Appellant's name: | U.S. Department of Energy                         |
|-----|-------------------|---------------------------------------------------|
|     | Address:          | 1000 Independence Ave., S.W.                      |
|     |                   | Washington, DC 20585                              |
|     | Telephone:        | (202) 586-5000                                    |
|     | Attorney's Name:  | Christopher Anderson                              |
|     | Firm:             | Dep't of Justice, Env't & Natural Resources Div.  |
|     | Address:          | PO Box 7415                                        |
|     |                   | Washington, DC 20044                              |
|     | Telephone:        | (202) 586-5000                                    |

| 23. | Appellant's name: | Chris Wright, in the official capacity as Secretary |
|-----|-------------------|----------------------------------------------------|
|     |                   | of Energy                                          |
|     | Address:          | 1000 Independence Ave., S.W.                       |
|     |                   | Washington, DC 20585                               |
|     | Telephone:        | (202) 586-5000                                     |

|  | Attorney's Name: | Christopher Anderson |
|---|---|---|
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 |
|  |  | Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |

| 24. | Appellant's name: | U.S. Department of the Treasury |
|---|---|---|
|  | Address: | 1500 Pennsylvania Ave., N.W. |
|  |  | Washington,  DC 20220 |
|  | Telephone: | (202) 622-2000 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 |
|  |  | Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |

| 25. | Appellant's name: | Scott Bessent, in the official capacity as Secretary of the Treasury |
|---|---|---|
|  | Address: | 1500 Pennsylvania Ave., N.W. |
|  |  | Washington,  DC 20220 |
|  | Telephone: | (202) 622-2000 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 |
|  |  | Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |

| 26. | Appellant's name: | U.S. Department of the Interior |
|---|---|---|
|  | Address: | 1849 C St., N.W. |
|  |  | Washington, DC 20240 |
|  | Telephone: | (202) 208-4743 |
|  | Attorney's Name: | Christopher Anderson |
|  | Firm: | Dep't of Justice, Env't & Natural Resources Div. |
|  | Address: | PO Box 7415 |
|  |  | Washington, DC 20044 |
|  | Telephone: | (202) 598-1971 |