# United States Court of Appeals
## For the First Circuit

No. 26-1174

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; ALLIANCE FOR CLEAN ENERGY NEW YORK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES OF AMERICA; DOUGLAS BURGUM, in the official capacity as Secretary of the Interior; BUREAU OF OCEAN ENERGY MANAGEMENT; MATTHEW GIACONA, in the official capacity as Acting Director of Bureau of Ocean Energy Management; BUREAU OF LAND MANAGEMENT; JONATHAN RABY, in the official capacity as State Director of the Bureau of Land Management; U.S. FISH AND WILDLIFE SERVICE; PAUL SOUZA, in the official capacity as Regional Director of the United States Fish and Wildlife Service; DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in the official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in the official capacity as Chief of Staff of the National Oceanic and Atmospheric Administration; NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, in the official capacity as Director of the National Marine Fisheries Service; U.S. ARMY CORPS OF ENGINEERS; WILLIAM "BUTCH" H. GRAHAM, JR., in the official capacity as Chief of Engineers for the United States Army Corps of Engineers; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in the official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in the official capacity as Secretary of Agriculture; U.S. DEPARTMENT OF ENERGY; CHRIS WRIGHT, in the official capacity as Secretary of Energy; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in the official capacity as Secretary of the Treasury; U.S. DEPARTMENT OF THE INTERIOR,

Defendants - Appellants.

**NOTICE**

Issued: April 1, 2026

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After April 20, 2026, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Michael Keith Robertson
Jamie Jefferson
Joya C. Sonnenfeldt
Jon Whitney
Rene Hertzog
Amanda Churchill
Ralph K. Durstein
Robert Donald Swanson
Michael Moody
Gudrun Elise Thompson
Kyle Andrew Berner
Laura Mirman-Heslin
Lucas Wollenzien
Kate Marie Hammond
Jessica Lowrey
Mary M. Curtin
Estefania Yulianny Torres Paez
Terel Klein
Jason E. James
Nicole Horberg Decter

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Ashley N. - (617) 748-9527

cc:
Christopher Paul Anderson
James Michael Auslander
Scott W. Boak
Amanda Churchill
Brook Detterman
Caleb Edward Elwell
Julia Kathryn Forgie
Erica Fuller
Paul Garrahan
Abraham R. George
Shaun Goho
Steven J. Goldstein
William Grantham
Richard F. Griffin Jr.
Nathaniel Haviland-Markowitz
Alex Hemmer
Megan M. Herzog
Angela Howe
Nell Maria Miano Hryshko
Vanessa L. Kassab
Adam D. Kirschner
Jared E. Knicley
Yuriy Korol
Susan Kraham
Elizabeth C. Kramer
Jill Lacedonia
Lucy Lefkowitz
Christopher Lee Len
Ian R. Liston
Donald Campbell Lockhart
David Scott Louk
Robert Lee Martin III
Andy McCoy
Michael Moody
Vanessa Christine Morrison
Michael J. Myers
Carrie Noteboom
Catherine Rios-Keating
Michael Keith Robertson
Rufus Justin Smith
Turner Smith
Thomas William Stavola Jr.
Peter Ton

Estefania Yulianny Torres Paez
Judith N. Vale
Caroline S. Van Zile
Nicholas M. Vaz
Lucas Wollenzien