No. 26-1174

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW YORK, et al.
*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, et al.
*Defendants-Appellants*.

Appeal from the U.S. District Court for the District of Massachusetts
No. 1:25-cv-11221 (Hon. Patti B. Saris)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Federal Defendants-Appellants respectfully move under Federal Rule of Appellate Procedure 26(b) for a 30-day extension of time to file their opening brief. The Federal Defendants' opening brief is currently due on May 11, 2026. If this motion were granted, the opening brief would be due on June 10, 2026.

This is Federal Defendants' first request for an extension of time. Undersigned counsel contacted counsel for all Plaintiffs-Appellees, and has been authorized to represent that no party opposes this motion.

An extension of time is warranted for the following reasons:

1. Additional time is necessary to prepare the Federal Defendants' opening brief because undersigned counsel must devote substantial time to other matters. In addition to his responsibilities in this case, undersigned counsel is the Department of Justice attorney with primary responsibility for five other cases in the circuit courts of appeals that are currently in active briefing. Undersigned counsel is also responsible for reviewing the work of attorneys in three other cases in active briefing and for conducting ongoing settlement discussions in another case. Because of these numerous responsibilities, undersigned counsel requires additional time to prepare Federal Defendants' brief in this case.

2. Additional time is also required because undersigned counsel must coordinate the preparation of the Federal Defendants' brief with responsible officials at the Department of the Interior, the National Oceanic and Atmospheric Administration, the Environmental Protection Agency, and the Army Corps of Engineers. Undersigned counsel must also coordinate review of the brief by interested components of the Department of Justice and clearance by the office of the Assistant Attorney General of the Environment and Natural Resources Division. Substantial time is

required to complete this coordination and clearance, and an extension of time to file the Federal Defendants' brief is therefore warranted.

For the foregoing reasons, the Federal Defendants respectfully move that the deadline for filing the Federal Defendants' opening brief be extended 30 days to June 10, 2026.

Respectfully submitted,

  /s *Christopher Anderson*
ADAM R.F. GUSTAFSON
*Principal Deputy Asst. Attorney General*
CHRISTOPHER ANDERSON
*Attorney*
Environment & Natural Resources Div.
U.S. Department of Justice
Post Office Box 7415
Washington, DC 20044
(202) 353-1834
christopher.anderson3@usdoj.gov

May 4, 2026
90-5-1-4-23017

# CERTIFICATE OF COMPLIANCE

This motion contains 319 words and accordingly complies with the length limit in Federal Rule of Appellate Procedure 27(d)(2)(A).

This motion complies with the requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6), per Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in 14-point Georgia, a proportionally spaced font.

/s/ *Christopher Anderson*
CHRISTOPHER ANDERSON
Counsel for the Federal Defendants