No. 26-1174

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS;
STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO;
STATE OF CONNECTICUT; STATE OF DELAWARE;
DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE;
STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA;
STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF
OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON;
ALLIANCE FOR CLEAN ENERGY NEW YORK,
*Plaintiffs-Appellees*,
v.
DONALD J. TRUMP, in the official capacity as President of the United
States; UNITED STATES OF AMERICA; DOUGLAS BURGUM, in the
official capacity as Secretary of the Interior; BUREAU OF OCEAN ENERGY
MANAGEMENT; MATTHEW GIACONA, in the official capacity as Acting
Director of Bureau of Ocean Energy Management; BUREAU OF LAND
MANAGEMENT; JONATHAN RABY, in the official capacity as State
Director of the Bureau of Land Management; U.S. FISH AND WILDLIFE
SERVICE; PAUL SOUZA, in his official capacity as Regional Director of the
United States Fish and Wildlife Service; DEPARTMENT OF COMMERCE;
HOWARD LUTNICK, in the official capacity as Secretary of Commerce;
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA
GRIMM, in the official capacity as Chief of Staff of the National Oceanic
and Atmospheric Administration; NATIONAL MARINE FISHERIES
SERVICE; EUGENIO PIEIRO SOLER, in the official capacity as
Director of the National Marine Fisheries Service; U.S. ARMY CORPS OF
ENGINEERS; WILLIAM "BUTCH" H. GRAHAM, JR., in the official
capacity as Chief of Engineers for the United States Army Corps of
Engineers; ENVIRONMENTAL PROTECTION AGENCY, US;
LEE ZELDIN, in the official capacity as Administrator of the U.S.
Environmental Protection Agency; US DEPARTMENT OF AGRICULTURE;
BROOKE ROLLINS, in the official capacity as Secretary of Agriculture; US
DEPARTMENT OF ENERGY; CHRIS WRIGHT, in the official capacity as
Secretary of Energy; US DEPARTMENT OF THE TREASURY;

SCOTT BESSENT, in the official capacity as Secretary of the Treasury;
US DEPARTMENT OF THE INTERIOR,
*Defendants-Appellants.*

Appeal from the U.S. District Court for the District of Massachusetts
No. 1:25-cv-11221 (Hon. Patti B. Saris)

## ASSENTED TO MOTION FOR VOLUNTARY DISMISSAL

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

CHRISTOPHER ANDERSON
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-1971
christopher.anderson3@usdoj.gov

**ASSENTED TO MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Defendants-

Appellants move for voluntary dismissal of the above-captioned appeal.

Undersigned counsel is authorized to represent that Plaintiffs-

Appellees do not oppose this motion.

Respectfully submitted,

/s/ *Christopher Anderson*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

CHRISTOPHER ANDERSON
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-1971
christopher.anderson3@usdoj.gov

June 10, 2026
90-5-1-4-23017

**CERTIFICATE OF COMPLIANCE**

This motion contains 30 words and accordingly complies with the length limit in Federal Rule of Appellate Procedure 27(d)(2)(A).

This motion complies with the requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6), per Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in 14-point Georgia, a proportionally spaced font.

/s/ *Christopher Anderson*
CHRISTOPHER ANDERSON
Counsel for the Federal Defendants