# United States Court of Appeals
## For the First Circuit

No. 26-1174

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; ALLIANCE FOR CLEAN ENERGY NEW YORK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES OF AMERICA; DOUGLAS BURGUM, in the official capacity as Secretary of the Interior; BUREAU OF OCEAN ENERGY MANAGEMENT; MATTHEW GIACONA, in the official capacity as Acting Director of Bureau of Ocean Energy Management; BUREAU OF LAND MANAGEMENT; JONATHAN RABY, in the official capacity as  State Director of the Bureau of Land Management; U.S. FISH AND WILDLIFE SERVICE; PAUL SOUZA, in the official capacity as Regional Director of the United States Fish and Wildlife Service; DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in the official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in the official capacity as Chief of Staff of the National Oceanic and Atmospheric Administration; NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, in the official capacity as Director of the National Marine Fisheries Service; U.S. ARMY CORPS OF ENGINEERS; WILLIAM "BUTCH" H. GRAHAM, JR., in the official capacity as Chief of Engineers for the United States Army Corps of Engineers; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in the official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in the official capacity as Secretary of Agriculture; U.S. DEPARTMENT OF ENERGY; CHRIS WRIGHT, in the official capacity as Secretary of Energy; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in the official capacity as Secretary of the Treasury; U.S. DEPARTMENT OF THE INTERIOR,

Defendants - Appellants.

**JUDGMENT**

Entered: June 15, 2026

Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christopher Paul Anderson, Donald Campbell Lockhart, Abraham R. George, Turner Smith, Nathaniel Haviland-Markowitz, Michael J. Myers, Judith N. Vale, Andy McCoy, Vanessa Christine Morrison, Angela Howe, Christopher Lee Len, Carrie Noteboom, Jill Lacedonia, Vanessa L. Kassab, Ian R. Liston, Caroline S. Van Zile, Alex Hemmer, Scott W. Boak, Robert Lee Martin III, Caleb Edward Elwell, Adam D. Kirschner, Steven J. Goldstein, Neil Giovanatti, Elizabeth C. Kramer, Catherine Rios-Keating, Nell Maria Miano Hryshko, William Grantham, Paul Garrahan, Nicholas M. Vaz, Yuriy Korol, Rufus Justin Smith, Brook Detterman, James Michael Auslander, Erica Fuller, Jared E. Knicley, Julia Kathryn Forgie, Susan Kraham, Lucy Lefkowitz, Megan M. Herzog, Thomas William Stavola Jr., Shaun Goho, Richard F. Griffin Jr., David Scott Louk, Peter Ton