# United States Court of Appeals
## For the First Circuit

No. 26-1174

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; ALLIANCE FOR CLEAN ENERGY NEW YORK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES OF AMERICA; DOUGLAS BURGUM, in the official capacity as Secretary of the Interior; BUREAU OF OCEAN ENERGY MANAGEMENT; MATTHEW GIACONA, in the official capacity as Acting Director of Bureau of Ocean Energy Management; BUREAU OF LAND MANAGEMENT; JONATHAN RABY, in the official capacity as State Director of the Bureau of Land Management; U.S. FISH AND WILDLIFE SERVICE; PAUL SOUZA, in the official capacity as Regional Director of the United States Fish and Wildlife Service; DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in the official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in the official capacity as Chief of Staff of the National Oceanic and Atmospheric Administration; NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, in the official capacity as Director of the National Marine Fisheries Service; U.S. ARMY CORPS OF ENGINEERS; WILLIAM "BUTCH" H. GRAHAM, JR., in the official capacity as Chief of Engineers for the United States Army Corps of Engineers; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in the official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in the official capacity as Secretary of Agriculture; U.S. DEPARTMENT OF ENERGY; CHRIS WRIGHT, in the official capacity as Secretary of Energy; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in the official capacity as Secretary of the Treasury; U.S. DEPARTMENT OF THE INTERIOR,

Defendants - Appellants.

**MANDATE**

Entered: June 15, 2026

In accordance with the judgment of June 15, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Christopher Paul Anderson, James Michael Auslander, Scott W. Boak, Brook Detterman, Caleb Edward Elwell, Julia Kathryn Forgie, Erica Fuller, Paul Garrahan, Abraham R. George, Neil Giovanatti, Shaun Goho, Steven J. Goldstein, William Grantham, Richard F. Griffin Jr., Nathaniel Haviland-Markowitz, Alex Hemmer, Megan M. Herzog, Angela Howe, Nell Maria Miano Hryshko, Vanessa L. Kassab, Adam D. Kirschner, Jared E. Knicley, Yuriy Korol, Susan Kraham, Elizabeth C. Kramer, Jill Lacedonia, Lucy Lefkowitz, Christopher Lee Len, Ian R. Liston, Donald Campbell Lockhart, David Scott Louk, Robert Lee Martin III, Andy McCoy, Vanessa Christine Morrison, Michael J. Myers, Carrie Noteboom, Catherine Rios-Keating, Rufus Justin Smith, Turner Smith, Thomas William Stavola Jr., Peter Ton, Judith N. Vale, Caroline S. Van Zile, Nicholas M. Vaz